UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KIMBERLY ROGERS,

                              Plaintiff,

-against-

BLOOMINGROVE VETERINARY HOSPITAL P.C.,

                              Defendant.

**Civil Action No.:**
**15-cv-817**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to have appeared in the above entitled actions, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of these actions, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to any party as against any other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: November 24, 2015

_____
Ryan Finn, Esq.
Bar Roll No. 513670
E. Stewart Jones Hacker Murphy
Attorneys for Plaintiff
28 Second Street
The Jones Building
Troy, New York 12180

_____
Phillip G. Steck, Esq.
Bar Roll No. 102664
Cooper Erving & Savage LLP
Attorneys for Defendants
39 North Pearl Street
Albany, New York 12207

IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated: December 9, 2015
         Utica, NY